**PHILIP D. STERN & ASSOCIATES, LLC**
697 Valley Street, Suite 2D
Maplewood, NJ 07040-2642
Telephone: (973) 379-7500
Attorney of Record: Philip D. Stern
Attorneys for Plaintiffs, Mark Apostolou, Karl Krug, and Dolores Krug

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARK APOSTOLOU, an individual; and KARL KRUG, an individual; and DOLORES KRUG, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>FEDERAL BOND & COLLECTION SERVICE, INC., a Pennsylvania Corporation, a/k/a FBCS; and JOHN AND JANE DOES NUMBERS 1 THROUGH 25,<br><br>    Defendants. | Case No. 2:10-cv-03050-JLL-CCC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiffs Mark Apostolou, Karl Karl, Dolores Krug and Defendant Federal Bond & Collection Service, Inc., by undersigned counsel and individually, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), jointly stipulate and agree that this action is dismissed with prejudice and without costs.

Dated: October 1, 2010

                                    **PHILIP D. STERN & ASSOCIATES, LLC**
                                          *s/ Philip D. Stern*
                                              PHILIP D. STERN
                 Attorneys for Plaintiffs, Mark Apostolou, Karl Krug, and Dolores Krug

|  | **GRAHAM CURTIN** |
|---|---|
|  | *s/ David M. Blackwell* |
| Dated: October 1, 2010 | DAVID M. BLACKWELL |
|  | Attorneys for Defendants, Federal Bond & Collection Service, Inc. |